| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Cavaneau, Jerry W. | 2. Court or Organization District Court, ED Arkansas | 3. Date of Report 06/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time U.S.Magistrate Judge, Recall Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

R.S. Arnold U.S. Courthouse
600 W. Capitol, Suite B556
Little Rock, AR 72201-3325

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust A (See note, Part VIII) |
| 2. | Board Member and Secretary of the Board | Board of Administration, Creekwood Horizonal Property Regime (See note, Part VIII) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ROCKEFELLER CTR PROPERTIES, INC Common. | | None | J | T | | | | | |
| 2. CENTENNIAL BANK ACCOUNTS | A | Interest | K | T | | | | | |
| 3. Unimproved acreage, White Co, AR, purch 10/10/78, $20,000 | B | Royalty | K | R | | | | | See note, Part VIII |
| 4. (H) BROKERAGE ACCOUNT D | | | | | | | | | See note, Part VIII |
| 5. - (H) TRUST A | | | | | | | | | See note, Part VIII |
| 6. -FIDELITY MONEY MARKET | A | Interest | K | T | | | | | |
| 7. -ALGER HEALTH SCIENCES FUND (AHSAX) | A | Dividend | J | T | | | | | |
| 8. -COLUMBIA ENERGY & NAT RES FUND (UMCSX) | | | J | T | | | | | |
| 9. -DAVIS FINANCIAL FUND (RPFGX) | A | Dividend | J | T | | | | | |
| 10. SPDR Dow Jones Industrial Avg (DIA) ETF | C | Dividend | M | T | | | | | |
| 11. -Prudential GLOBAL R/E FUND (PURAX) | A | Dividend | J | T | | | | | |
| 12. -EATON VANCE WLDWD HEALTH FUND (ECHSX | A | Dividend | J | T | | | | | |
| 13. -FIDELITY LATIN AMERICA FUND (FLATX) | A | Dividend | J | T | | | | | |
| 14. -FIDELITY SELECT ENERGY FUND (FSENX) | A | Dividend | J | T | | | | | |
| 15. -ICON HEALTHCARE FUND (ICHCX) | B | Dividend | J | T | | | | | |
| 16. -ISHARES COHEN & STEERS REALTY ETF (ICF) | A | Dividend | K | T | | | | | |
| 17. -ISHARES DJ US HEALTHCARE ETF (IYH) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -ISHARES KLD SEL SOC INDEX ETF (KLD) | B | Dividend | M | T | | | | | |
| 19. -ISHARES S&P 500 INDEX ETF (IVV) | A | Dividend | J | T | | | | | |
| 20. -ISHARES S&P GLOBAL ENERGY ETF (IXC) | A | Dividend | J | T | | | | | |
| 21. -ISHARES S&P GLOBAL HEALTHCARE ETF (IXJ) | A | Dividend | K | T | | | | | |
| 22. -ISHARES S&P MIDCAP 400 ETF (IJH) | B | Dividend | M | T | | | | | |
| 23. -ISHARES S&P NATURAL RESOURCES ETF (IGE) | A | Dividend | K | T | Buy (add'l) | 09/11/15 | J | | |
| 24. -ISHARES TR DJ US FINANCIAL ETF (IYG) | A | Dividend | K | T | | | | | |
| 25. -T ROWE PRICE EMERG EUROPE FUND (TREMX) | A | Dividend | J | T | | | | | |
| 26. -FORD HOLDINGS INC. DEBENTURE Corp Bond | A | Interest | J | T | | | | | |
| 27. -SUNAMERICA INC. MEDIUM TERM NOTES Corp Bond | A | Interest | J | T | | | | | |
| 28. -GNMA II GUARANTEED PASS THRU CERTIFICATE POOL # 2563 | A | Interest | J | T | | | | | |
| 29. -GNMA II GUARANTEED PASS THRU CERTIFICATE POOL #3053 | A | Interest | J | T | | | | | |
| 30. -REDWOOD TRUST INC. (RWT) Common | A | Dividend | J | T | | | | | |
| 31. -BUCKEYE PARTNERS LP (BLP) Common | A | Int./Div. | J | T | | | | | |
| 32. -HEALTH CARE PROPERTY INVS. INC. (HCP) Common | A | Dividend | J | T | | | | | |
| 33. -CALVERT GLOBAL ALTERNATIVE ENERGY FUND | A | Dividend | J | T | | | | | |
| 34. -CALVERT GLOBAL WATER FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NEW ALTERNATIVES FUND | A | Dividend | J | T | | | | | |
| 36. -KLH 400 SOCIAL INDEX (DSI) | A | Dividend | K | T | | | | | |
| 37. ISHARES DOW JONES US FINANCIAL SECTOR (IYF) | A | Dividend | J | T | | | | | |
| 38. POWERSHARES WATER RESOURCES (PHO) | A | Dividend | J | T | | | | | |
| 39. POWERSHARES WINDERHILL CLEAN ENERGY (PBW) | A | Dividend | J | T | | | | | |
| 40. LAZARD EMERGING MARKETS | A | Dividend | K | T | | | | | |
| 41. ISHARES TR LEHMAN AGENCY BOND ETF (AGZ) | B | Int./Div. | M | T | | | | | |
| 42. POWERSHARES PREFERRED (PGX) | A | Dividend | J | T | | | | | |
| 43. Lehman Brthrs Hldgrr Bond 0% 12/30/16 | | None | J | T | | | | | |
| 44. ISHARES INTERMEDIATE CRED BOND (CIU) | B | Dividend | L | T | | | | | |
| 45. POWERSHARES ETF S&P EMRG MKT LOW VOL (EELV) | A | Dividend | J | T | | | | | |
| 46. ISHARES CORE MSCI EMERGING MARKETS (IEMG) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 47. - (H) FIDELITY SELF DIRECTED IRA | | | | | | | | | See note, Part VIII |
| 48. -Fidelity Money Market | A | Dividend | K | T | | | | | |
| 49. -ABERDEEN GLOBAL EQUITY FUND (GLFAX) | A | Dividend | J | T | | | | | See Note, Part VIII |
| 50. -ALGER HEALTH SCIENCES FUND (AHSHX) | A | Dividend | J | T | | | | | |
| 51. -COLUMBIA ENERGY & NAT RES FUND (UMESX) | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -DAVIS FINANCIAL FUND (RPRGX) | A | Dividend | J | T | | | | | |
| 53. -SPDR Dow Jones Industrial Avg TRUST ETF (DIA) | C | Dividend | M | T | | | | | |
| 54. -DREYFUS S&P MIDCAP INDEX FUND (PESPX) | | | | | Sold | 02/10/15 | J | | |
| 55. -Prudential GLOBAL R/E FUND (PURAX) | A | Dividend | J | T | | | | | |
| 56. -FIDELITY HIGH INCOME FUND (SPHIX) | A | Dividend | J | T | | | | | |
| 57. -FIDELITY LATIN AMERICA FUND (FLATX) | A | Dividend | J | T | | | | | |
| 58. -FIDELITY SELECT ENERGY FUND (FSENX) | A | Dividend | J | T | | | | | |
| 59. -ICON HEALTH CARE FUND (ICHCX) | A | Dividend | J | T | | | | | |
| 60. -ISHARES DJ US FINANCIAL ETF (IYF) | A | Dividend | J | T | | | | | |
| 61. -ISHARES KLD 400 SOCIAL INDEX ETF (DSI) | A | Dividend | K | T | | | | | |
| 62. -ISHARES S&P 500 INDEX ETF (IVV) | A | Dividend | K | T | | | | | |
| 63. -ISHARES S&P MIDCAP 400 ETF (IJH) | C | Dividend | K | T | Sold (part) | 02/10/15 | J | | |
| 64. -WELLS FARGO LARGE CO VALUE (WLCAX) | A | Dividend | J | T | | | | | |
| 65. -CALVERT GLOBAL ALTERNATIVE FUND | A | Dividend | J | T | | | | | |
| 66. -CALVERT GLOBAL WATER FUND | A | Dividend | J | T | | | | | |
| 67. -HSBC FINANCE CORP 5.% BOND | A | Interest | | | Matured | 06/15/15 | J | | |
| 68. -LAZARD EMERGING MARKETS FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity Government Income Fund - (FGOVX) | A | Dividend | J | T | | | | | |
| 70. IShares Dow Jones US Financial Sector ETF ( IYG) | A | Dividend | K | T | | | | | |
| 71. Powershares FTSE RAFI Emerging Mkts ETF (PXH) | A | Dividend | J | T | Buy (add'l) | 02/04/15 | J | | |
| 72. ISHARES DOW JONES US REAL ESTATE ETF (IYR) | A | Dividend | K | T | | | | | |
| 73. POWERSHARES FINANCIAL PREFERRED ETF (PGF) | A | Dividend | J | T | | | | | |
| 74. SHELL INT'L FIN 3.25% BOND | A | Interest | | | Matured | 09/22/15 | K | | |
| 75. MICROSOFT 2.5% BOND | A | Interest | J | T | | | | | |
| 76. TOYOTA MOTOR CREDIT 3.2% BOND | A | Interest | | | Matured | 06/17/15 | K | | |
| 77. GEN ELEC CAP COPR MTN 2.25% | A | Interest | | | Matured | 11/09/15 | K | | |
| 78. NATIONAL RUAL UTILS 1.9% BOND | A | Interest | | | Matured | 11/02/15 | J | | |
| 79. ISHARES INTERMEDIATE CREDIT BOND (CIU) | B | Dividend | L | T | | | | | |
| 80. GOLDMAN SACHS 3.75% 02/15/2017 | A | Interest | K | T | Buy | 07/20/15 | K | | |
| 81. SCHWAB STRATEGIC EMERGING MARKETS (SCHE) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 82. SPDR BARCLAYS SHORT TERM (SCPB) | A | Dividend | J | T | Buy | 09/11/15 | J | | |
| 83. VIRGINIA ELEC & POWER 1.2% 01/15/2018 | | None | K | T | Buy | 11/16/15 | K | | |
| 84. - (H) Fidelity self directed IRA | | | | | | | | | See note, Part VIII |
| 85. -FIDELITY MONEY MKT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SPDR Dow Jones Industrial Avg TRUST ETF (DIA) | A | Dividend | K | T | | | | | |
| 87. -ISHARES KLD SELECT SOCIAL ETF (KLD) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Line 1. This is a joint revocable trust created April 18, 2008. All assets of the trust are individually included in Part VII, listed under the header "TRUST A."

Part I. Line 2. I remained on the board and was elected secretary during 2012. I rotated off the board In 2015.

Part VII. Line 3. Unimproved real property located in White County, Arkansas. Fee simple. Purchase date October 10, 1978. Purchase price $20,000. There were no transactions during 2015 to be reported under column D(1). The sole activity re this asset was receipt of gas royalty income.

Part VII. Line 4. This is a header. This brokerage holds the reportable assets in Trust A (Line 5), the self-directed IRA (Line 47) and a second self-directed IRA (Line 84). The values and income for each of these entities is reported for each asset rather than in the aggregate.

Part VII. Line 5. Revocable Joint trust created April 18, 2008. This is a header (or subheader). The assets listed in lines 6 through 46 are the reportable assets of the trust. The value and income is reported for each individual asset rather than in the aggregate.

Part VII. Line 47. This is a subheader. The reportable assets included in this IRA are listed in lines 48 through 83. The values and income are listed for each individual asset rather than in the aggregate.

Part VII Line 49. In 2013, the name of this equity was changed to Aberdeen Global Equity Fund (GLFAX). This year, there was income, but no transaction. When I ran the audit, it prompted me to complete Column D(1). However, there was no transaction. Just income.

Part VII Line 84. This is a subheader. The reportable assets included in this IRA are listed in lines 85 through 87. The values and income are listed for each individual asset rather than in the aggregate.

| Name of Person Reporting | Date of Report |
|---|---|
| Cavaneau, Jerry W. | 06/27/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jerry W. Cavaneau**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544